UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ramon Arturo Ramos-Jose,            Civ. No. 25-2466 (PAM/SGE)

           Petitioner,

v.            **ORDER**

United States of America,

           Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins dated August 19, 2025. (Docket No. 8.) The R&R recommends that Petitioner Ramon Arturo Ramos-Jose's Petition for a writ of habeas corpus be dismissed because he has not exhausted his administrative remedies within the Bureau of Prisons. No party objected to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 8) is **ADOPTED**;

2. Petitioner's application to proceed in forma pauperis in this action (Docket No. 5) be **DENIED as moot**; and

3. The Petition (Docket No. 1) is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 18, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge